**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case: 1:26-mj-000169 |
| **v.** | ) | Assigned To: Judge Harvey, G. Michael |
| | ) | Assign. Date: 9/28/2026 |
| **CHRISTOPHER GREEN** | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging CHRISTOPHER GREEN with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, while residing outside of the District of Columbia, on or about November 5, 2025, GREEN knowingly distributed material involving the sexual exploitation of minors via the chatting application Telegram into the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**AFFIANT BACKGROUND**

4. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009, I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YSFD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2252(a)(1)(A), Distribution of Child Pornography, and 18 U.S.C. § 2252(a)(4)(b), Possession of Child Pornography.

5. I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with experienced Task Force Officers and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

7. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that a violation of 18 U.S.C. § 2252(a)(2) and (b)(1) has been committed by CHRISTOPHER GREEN.

## PROBABLE CAUSE

8. On October 31, 2025, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C.

9. In that capacity, the UC was monitoring an online social media application. The UC maintains a profile on the dating application that indicates that the UC is interested in the sexual exploitation of children. The UC's profile page explicitly states, "No Limits Dad. Tabu Dad looking for like minded friends…"

10. On October 15, 2025, at approximately 10:15 pm, user "piGtonighT," subsequently identified as Christopher Scott Green (GREEN) sent the UC a message stating, "in Alexandria in a hotel until Friday morning, and definitely interested in a no limits pervy Dad type my TEXT only number is (754) XXX-0742 Chris."

11. On October 31, 2025, at approximately 12:38 pm, the UC sent a text to phone number 754-202-0742, stating that he was the social media application user that GREEN had messaged on October 15, 2025. GREEN responded, "Yes you do! Lol. Chris here. Pigtonight"

and forwarded the following photograph to the UC.



12. The UC forwarded GREEN a photograph of an adult penis wrapped in children's underwear, stating "I keep it discreet because of what I'm into. The undies are a hint 😈." GREEN responded, "I hear ya there. That's why I use telegram. I don't catch the undies hint though." GREEN provided his Telegram account as "Gingerpigtonight" to the UC and later advised, "And I get the cock pic reference now 🐷 😈." The UC told GREEN that he would message him on Telegram and asked, "Are we liked minded?" GREEN responded, "Yup."

13. On November 3, 2025, the UC messaged GREEN's @Gingerpigtonight Telegram account, stating that he was the same person from the social media application and text messages. The UC and GREEN then exchanged the following messages:

GREEN: Hey **** (UC username), Looking forward to chatting what gets your cock hard 🐷 😈 🐷.

UC: Hey friend, Anything young and smooth 😈 🏈 🍕[1]

[1] The pizza emoji is frequently used by individuals with a sexual interest in children to refer to child sexual abuse and is a reference to the "pizza gate" conspiracy; and the football emoji is frequently used by such individuals to refer to the crimes of the notorious offender, Matthew Estes, a former high school football player who produced videos of himself violently raping a 16-month old boy and posted the videos on the dark web. https://www.justice.gov/usao-edtn/pr/knox-county-man-sentenced-60-years-imprisonment-two-counts-production-child.

GREEN: Nice. I want a Dad to teach his lil to full arm fist me. Bald pussy

UC: Fuck yes. Love girls, like boys. Favorite age?

GREEN: As you should. Rape and rough. Probably chemmed.[2] I like being the boys first hole to breed. But I love diapers. And I wanted ever dad especially cigar dads inside me for as long as I remember

14. The UC asked GREEN what his favorite movie was and GREEN responded, "Matt e.. I need the violence…Yea. And chemmed or knocked out." The UC then asked GREEN if he had any experience, and GREEN responded, "No just a lot of pervs and pedo people."

15. The UC informed GREEN that he had a nine-year-old son and that his son lives with his ex-wife. GREEN then asked the UC, "So you have any experience?" The UC responded, "Do you have anything pervy so I know you're cool before we get into that?" GREEN responded, "Yes. I have it on Signal. Hang on." GREEN then forwarded the UC three videos and one image, as described below:

- Video #1: A thirty-four-second-long video of an adult male penetrating the genitals of female toddler with his erect penis. The child is unclothed from the chest down and the adult male is observed forcing the head of his erect penis into the child's vagina with his finger.

- Video #2: A sixteen-second-long video of a clothed adult male holding a prepubescent boy down onto a bed and restraining him with his hands and body weight. The adult male pulls the child's pants down and spanks the child with an open hand on his buttocks.

- Video #3: A three minute and fifteen-second-long video of a prepubescent boy sitting on the ground in front of an adult. The boy is only wearing shorts and is observed having his mouth penetrated by the feet of the adult. The child is observed licking the toes and eventually the video cuts to the same boy against a wall with his shorts pulled down being spanked, exposing his naked buttocks.

- Image #1: A photograph of an infant boy with his diaper pulled down exposing his genitals and anus to the camera. The boy's anus has feces in and around it.

---

[2] "chemmed" refers to a victim of sexual abuse who has been drugged in order to facilitate the assault.

16. After sending this material, GREEN asked the UC, "So to tell." The UC informed GREEN that he is actively sexually abusing his purported nine-year-old son and told GREEN that the child "sucks / strokes me." @Gingerpigtonight acknowledged this information and asked if the UC had "…fucked his lil boy hole yet?". GREEN asked the UC, "Would you ever chem him up?" and then stated, "There's literally a baby crying in this bathroom." The UC responded, "At some point I would probably be open to it. Mmmmm how's that making you feel?" GREEN responded, "That the pink hole tastes delicious."

17. The UC asked GREEN to tell him when he comes back up to the D.C. area and GREEN responded, "Oh I will" and indicated an interest in meeting the UC in person. GREEN indicated he had role played with other adults to "let them live out the perverse desires." The UC asked, "Any interest in my little or just us," and GREEN replied, "Potentially… Of course I would love to be full arm fisted by him." GREEN reported that he travels frequently for work and stated that he was heading to "Indy" for a "big band event."

18. On December 22, 2025, GREEN messaged the UC and advised, "I will be in MD Feb 18-23." He then stated, "Back in Florida for a few weeks." The UC asked GREEN if he was home for the holidays and GREEN responded, "Kinda. I'm based in 2 states. Will drive up to see my om the weekend after Christmas." GREEN advised that his mother lives in "NC."

19. A member of the FBI CEHTTF conducted a search using an open-source database for any information linked to 754-XXX-0742, the phone number used by GREEN to text with the UC. The phone number is publicly registered to an individual named Christopher Scott Green with a date of birth of 10-XX-1976. GREEN carries a home address of XXXX Cardiff Court in St. Petersburg, Florida, 33709 and an address associated to GREEN historically of XXXX Medical District Drive, Dallas, Texas, 75235 was also located. These two addresses were found also using

an open source database.

20. Law enforcement located GREEN's driver's license. The active license lists GREEN's home address as XXXX Cardiff Court in St. Petersburg, Florida, 33709. GREEN's driver's license photo appears to be the same person in the photograph forwarded to the UC via text message.



21. A member of the FBI CEHTTF conducted a search of open-source information and located a company named "Virtual Assistant Director" which listed GREEN as the owner. The company provides services to marching bands, including providing uniforms and directing assistance. This is consistent with GREEN's statement to the UC that he was traveling for work for a "big band event," which he further clarified as "Marching band." A photograph of GREEN was located on the website which appears to be the same person in the photograph forwarded to the UC via text message.




22. On May 14, 2026, Pinger, an online messaging and phone platform that allows users to make phone calls and send text messages with an assigned phone number, provided records for telephone number 754-XXX-0742 in response to an administrative subpoena. Pinger advised the user of the account's name is "Red Pigson" with a username of grindrred@yahoo.com.

23. On May 25, 2026, Telegram provided records in response to an administrative subpoena for the Telegram account @GingerPigTonight. The account has the affiliated telephone number 727-XXX-9170 and IP address IP 70.167.34.6 accessed on May 19, 2026, at 4:16:16. Accurint queries revealed the telephone number resolves to "Christopher Scott Green" at XXXX Cardiff Ct Saint Petersburg, FL 33709.

24. On May 28, 2026, AT&T provided subscriber records for the telephone number 727-XXX-9170, which is affiliated with the Telegram account @GingerPigTonight. AT&T records indicated the user of the phone number is "Chris S Green" at the address XXXX Cardiff Ct Saint Petersburg, FL 33709. His contact email address is listed as fromthatonesecond@gmail.com.

## CONCLUSION

25. For the reasons set forth above, I submit that probable cause exists to believe that on or about and between November 3, 2025, GREEN knowingly distributed material involving the sexual exploitation of minors via the chatting application Telegram into the District of Columbia, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1). I respectfully request that a criminal complaint be issued for GREEN.

Respectfully submitted,

Thomas Sullivan
Detective
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on September 28, 2026.

U.S. DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

The Honorable G. Michael Harvey
United States Magistrate Judge